UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jocelyn R. Taylor,

                      Plaintiff,

      -against-

Bowmo, Inc. et al.,

                      Defendants.

1:18-cv-10379 (LTS) (SDA)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2019

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Counsel are directed to confer and, no later than December 18, 2019, email Chambers with three mutually-convenient dates for scheduling a settlement conference.

**SO ORDERED.**

DATED:    New York, New York
              December 13, 2019

_____
STEWART D. AARON
United States Magistrate Judge