UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jocelyn R. Taylor,

                  Plaintiff,

-against-

Bowmo, Inc. et al.,

                  Defendants.

1:18-cv-10379 (LTS) (SDA)

**ORDER SCHEDULING
SETTLEMENT CONFERENCE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2019

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Monday, January 6, 2020 at 2:00 p.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

**SO ORDERED.**

DATED:    New York, New York
                December 16, 2019

_____
STEWART D. AARON
United States Magistrate Judge