UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
Jocelyn R. Taylor,
                                Plaintiff,

        -against-

Bowmo, Inc. et al.,
                                Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/8/2020

1:18-cv-10379 (LTS) (SDA)

ORDER FOR
**TELEPHONE CONFERENCE**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

The parties are directed to appear for a Telephone Conference in this action on Thursday, July 16, 2020 at 2:00 p.m. All counsel of record listed on the docket must participate in the conference. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:    New York, New York
          July 8, 2020

_____
STEWART D. AARON
United States Magistrate Judge