

Christian J. Jensen, Esq.
908-964-2446
cjensen@olenderfeldman.com
*Please respond to New Jersey address*

July 9, 2020

<u>Via CM/ECF</u>
Honorable Stewart D. Aaron, U.S.M.J.
United States Courthouse
500 Pearl Street, Courtroom 11C
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/2020
```

    Re:    Jocelyn R. Taylor v. Bowmo, Inc., et al.
             <u>Civil Case No.: 1:18-cv-10379(LTS) (SDA)</u>

Dear Judge Aaron:

    We write in response to the Court's Order dated July 8, 2020 [Dkt. 47] setting a status conference in this matter for July 16, 2020. As Your Honor may know from our letter to Judge Swain, this firm does not currently represent either of the Defendants. The firm's representation ended with the completion of the settlement documents and the dismissal of this action. Unfortunately, we understand that the settlement could not be consummated for financial reasons which were immediately conveyed to Plaintiff's counsel when brought to our attention.

    As we no longer represent either Defendant, we are not authorized to make any appearance or make any statements on their behalf now that the matter has been reopened. Indeed, conflicts of interest exist at this juncture that would preclude representation of either party.

    For these reasons, we respectfully request that the Court briefly adjourn the conference for two (2) weeks to afford Defendants an opportunity to obtain new counsel in order to ensure that their interests are adequately represented and protected in this matter going forward. As a courtesy, we have forwarded notice of the conference to the Defendants at their last known addresses and have provided Plaintiff's counsel with said addresses.

                                                  Respectfully submitted,

                                                  */s/ Christian J. Jensen*
                                                  CHRISTIAN J. JENSEN

cc:    All counsel of Record (*via CM/ECF*)

ENDORSEMENT: Request DENIED. The telephone conference shall go forward as scheduled with all counsel of record participating. If any of the defense counsel of record seeks to be relieved, they shall fully comply with the provisions of Local Civil Rule 1.4. If either of the defendants desire to participate in the telephone conference, he or it may do so. SO ORDERED. Dated: 7/9/2020

---

**New Jersey**
422 Morris Avenue
Summit, New Jersey 07901

**New York**
1180 Avenue of the Americas, 8th Floor
New York, New York 10036

olenderfeldman.com
fax: 908-810-6631