```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jocelyn R. Taylor,

                  Plaintiff,

-against-

Bowmo, Inc. et al.,

                  Defendants.

1:18-cv-10379 (LTS) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, it is hereby Ordered as follows:

1. No later than July 23, 2020, Defendants' counsel shall file their anticipated motion to withdraw as counsel, along with proof of service of such motion on Defendants.

2. Defendants shall file any response to the motion to withdraw no later than August 6, 2020. Defendants shall provide a copy of any response to their current counsel, who shall file any response on ECF immediately upon receipt.

3. Defendants' counsel shall serve a copy of this Order upon Defendants no later than July 23, 2020 and shall file proof of service no later than July 27, 2020.

Defendant Bowmo, Inc. is hereby advised that a corporation cannot appear *pro se* in this Court. Thus, if Defendants' counsel is permitted to withdraw as counsel, and no successor counsel appears, a default judgment may be entered against Bowmo, Inc. Once the Court decides the motion to withdraw, the Court will enter a further Order regarding this action.

**SO ORDERED.**

DATED:   New York, New York
         July 16, 2020

_____
STEWART D. AARON
United States Magistrate Judge