UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jocelyn R. Taylor,

                **Plaintiff,**

     -against-

Bowmo, Inc. et al.,

                **Defendants.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/2020

1:18-cv-10379 (LTS) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference today, during which only Plaintiff appeared, it is hereby Ordered as follows:

1. The parties are directed to appear for another telephone conference on Wednesday, October 14, 2020 at 9:00 a.m. The parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745. *Pro se* Defendant Matthew Kupferman is reminded that his *pro se* status does not excuse him from complying with all Court orders and deadlines and attending all Court conferences. If Defendant Kupferman again fails to appear for the scheduled conference, the Court will give Plaintiff leave to file a motion for a default judgment against him.

2. A copy of this Order will be mailed to Defendant Kupferman by Chambers at the address indicated on the docket, as well as to the following two alternate addresses provided by Plaintiff's counsel during today's conference: (a) 408 E 79th Street At 14B, New York, NY 10075; and (b) 188 E 78th Street Apt 30A, New York, NY 10075. In addition, Plaintiff's counsel shall call Defendant Kupferman at the telephone number she previously has used to communicate with him and read the Court's Order to him.

If Defendant t Kupferman does not answer, Plaintiff's counsel shall read the text of the Order to any voice messaging system.

**SO ORDERED.**

DATED:    New York, New York
            September 17, 2020

_____
STEWART D. AARON
United States Magistrate Judge