USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jocelyn R. Taylor,

                              **Plaintiff,**

       -against-

Bowmo, Inc. et al.,

                              **Defendants.**

1:18-cv-10379 (LTS) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference today, during which only Plaintiff appeared, it is hereby Ordered as follows:

1. No later than October 21, 2020, Plaintiff shall file a letter, in accordance with Judge Swain's Individual Rules of Practice, regarding Plaintiff's desire to seek a default judgment against Defendant Kupferman based upon his failure to attend the two Court conferences after he consented to his counsel's withdrawal.

2. A copy of this Order will be mailed to Defendant Kupferman by Chambers at the address indicated on the docket, as well as to the following two alternate addresses provided by Plaintiff's counsel during today's conference: (a) 408 E 79th Street At 14B, New York, NY 10075; and (b) 188 E 78th Street Apt 30A, New York, NY 10075. In addition, Plaintiff's counsel shall call Defendant Kupferman at the telephone number she previously has used to communicate with him and read the Court's Order to him. If Defendant Kupferman does not answer, Plaintiff's counsel shall read the text of the Order to any voice messaging system.

**SO ORDERED.**

DATED:  New York, New York
        October 14, 2020

_____
STEWART D. AARON
United States Magistrate Judge